IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 7:21-CV-86-FL |
| MARK A. SAUNDERS, | ) |
| Defendant. | ) |

### ORDER OF DISMISSAL

Upon consideration of the parties' *Joint Motion for Entry of an Order of Dismissal*, the Court hereby **ORDERS** that:

Pursuant to a Settlement Agreement between the parties, this action is **DISMISSED WITH PREJUDICE**; and it is

Further **ORDERED** that each party shall bear its own attorneys' fees and costs; and it is

Further **ORDERED** that this Court shall retain jurisdiction to enforce the terms of the Settlement Agreement upon motion by either party; and it is

Further **ORDERED** that, in the event of a default in the terms of the Settlement Agreement, the Court may, upon motion by the United States, reopen this matter and enter a consent judgment against taxpayer for the full amount of the liability alleged in the complaint plus interest and additions to tax accruing thereafter until paid in full.

IT IS SO ORDERED this 1st day of November, 2024.

*Louise W. Flanagan*
LOUISE W. FLANAGAN
United States District Judge